Michael F. Bonamarte, Sr., Plaintiff-Appellee, v. City of Highland Park, Illinois, Defendant-Appellant.

Gen. No. 64–140.

Second District.

June 21, 1965.

Thomas H. Compere and Berle L. Schwartz, of Highland Park, for appellant; Frank M. Daly, of Waukegan, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.